IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:24-cr-00200-TNM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DAVID PAUL DANIEL,<br><br>　　　　　　Defendant. | **UNOPPOSED MOTION TO APPEAR BY VIDEO** |

　　　　Defendant, David Daniel, requests that his counsel be permitted to appear at the hearing scheduled for October 22, 2024 by video. In support of this motion, Mr. Daniel shows the following:

　　　　1.　　His counsel is Court-appointed and lives and offices in Charlotte, North Carolina, which is about a twelve hour round trip from Washington, D.C. Even if counsel were to fly, the hearing with travel would consume a full day.

　　　　2.　　His counsel volunteered for this case as a public service, because the Federal Defender for the Western District of North Carolina forwarded a request for volunteer lawyers because of a shortage available for "January 6" cases in D.C.

　　　　3.　　The October 22, 2024 hearing was noticed after hours on October 11, 2024, six business days before the hearing. Counsel can easily participate in the hearing at the current time and date if permitted to do so by video. However, clearing a full day or more to attend the hearing would be challenging at this stage.

4.  Counsel is devoting a substantial amount of time to preparing for trial in *United States v. Andiloro*, 5:23-cr-29 (W.D.N.C.), a document and witness-intensive investment fraud trial that is expected to begin November 4, 2024 and last for two weeks. Taking a full day or two to travel to DC for the hearing would consume a material amount of remaining trial preparation time.

5.  This Court has conducted the other hearings in this matter by video, without any technical or other impediment to accomplishing the goals of the hearing.

6.  The government does not oppose this request.

WHEREFORE, Mr. Daniel respectfully requests that his counsel be permitted to participate in the October 22, 2024 hearing by video.

Respectfully submitted this 15th day of October, 2024.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418
D.D.C. No. NC028

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Paul Daniel*

## **CERTIFICATE OF SERVICE**

I certify that I have filed this **UNOPPOSED MOTION TO APPEAR BY VIDEO** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: October 15, 2024.

/s/ William R. Terpening
William R. Terpening