# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No. 1:24-cr-00200-TNM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>DAVID PAUL DANIEL,<br><br>　　　　　Defendant. | **MOTION TO CONTINUE TRIAL** |

Defendant, David Daniel, renews his Motion to Continue Trial. In support of this Motion, Mr. Daniel shows:

1. He was arraigned this morning, in the United States District Court for the Western District of North Carolina, in *United States v. Daniel*, 3:24-cr-209-FDW-DCK ("Charlotte Case").

2. Shortly after his arraignment, the Court entered an Order scheduling trial to begin in Charlotte on January 6, 2025. This creates a scheduling conflict with the trial in this case. *See* Ex. A (Scheduling Order).

3. Mr. Daniel is not willing to waive his Speedy Trial Act rights in the Charlotte Case.

4. The government opposes this Motion.

WHEREFORE, Mr. Daniel moves to continue this trial to a later date so that the Charlotte Case can proceed on January 6, 2025.

Respectfully submitted this 23rd day of October, 2024.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418
D.D.C. No. NC028

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Paul Daniel*

## CERTIFICATE OF SERVICE

I certify that I have filed this **MOTION TO CONTINUE TRIAL** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: October 23, 2024.

/s/ William R. Terpening
William R. Terpening
