### Activity in Case 3:24-cr-00209-FDW-DCK USA v. Daniel Scheduling Order TD:9

| | |
|---|---|
| From | ncwd_ecf@ncwd.uscourts.gov <ncwd_ecf@ncwd.uscourts.gov> |
| Date | Wed 10/23/2024 11:45 AM |
| To | Ecfmail@ncwd.uscourts.gov <Ecfmail@ncwd.uscourts.gov> |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of North Carolina

### Notice of Electronic Filing

The following transaction was entered on 10/23/2024 at 11:44 AM EDT and filed on 10/23/2024

**Case Name:**       USA v. Daniel
**Case Number:**    [3:24-cr-00209-FDW-DCK](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER as to David Daniel. (Click on this link to obtain the [Standard Arraignment Order](#)). Criminal Motion Hearings held during 12/2/2024 term. Docket Call set for 1/6/2025 09:00 AM in Courtroom #5B, 401 W Trade St, Charlotte, NC 28202 before District Judge Frank D. Whitney. Entered by District Judge Frank D. Whitney on 10/23/2024. (brl)**

**3:24-cr-00209-FDW-DCK-1 Notice has been electronically mailed to:**

William R. Terpening     terpening@terpeninglaw.com, assistant@terpeninglaw.com, brock@terpeninglaw.com, reid@terpeninglaw.com

Nick J. Miller     nick.miller@usdoj.gov, Shafia.Rangoonwala@usdoj.gov, caseview.ecf@usdoj.gov, malindi.powers@usdoj.gov

**3:24-cr-00209-FDW-DCK-1 Notice will not be electronically mailed to:**

## Exhibit A
