# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Case No. 1:24-cr-00200-TNM

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

DAVID PAUL DANIEL,

         Defendant.

**UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE**

Defendant, David Daniel, moves for permission to appear at the pretrial conference scheduled for December 13, 2024 by videoconference, rather than in person. In support of this Motion, Mr. Daniel shows:

1.    The Court has scheduled a pretrial conference for 10:30 AM on December 13, 2024.

2.    Counsel for Mr. Daniel will appear in person, as the Court has directed.

3.    However, Mr. Daniel is incarcerated in Newton, North Carolina.

4.    In the undersigned's experience – and the government appears to agree – it could take the U.S. Marshals Service a month or more to transport Mr. Daniel from North Carolina to a facility in or around DC.

5.    While Mr. Daniel is being transported, counsel will not be able to meet with or meaningfully communicate with Mr. Daniel about pending plea negotiations, trial preparation, or any other matter. In a similar situation in a different federal case involving transportation of an in-custody defendant earlier this year, counsel's

experience was that his client could only place occasional, sporadic, and unplanned calls to him, for around five minutes per call, while the client was in a common area of whatever facility he was being transported through on any given day.

6.    Placing Mr. Daniel in that situation would greatly impede efforts to resolve this case through plea negotiations or prepare for trial. What is more, it would have the same negative effect on his North Carolina federal case, 3:24-cr-209 (W.D.N.C. Whitney, J.).

7.    Mr. Daniel was able to appear by video for the proceedings held on October 22, 2024 without issue or inconvenience to the Court or parties.

8.    Mr. Daniel waives any right to appear at the December 13, 2024 pretrial conference in person.

9.    The government does not oppose this Motion.

WHEREFORE, Mr. Daniel respectfully requests permission to appear at the December 13, 2024 pretrial conference by videoconference, and to not be transported from the Catawba County Detention Facility, for the December 13, 2024 pretrial conference.

Respectfully submitted this 8th day of November, 2024.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418
D.D.C. No. NC028

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Paul Daniel*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have filed this **UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: November 8, 2024.

<u>/s/ William R. Terpening</u>
William R. Terpening