# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**DAVID PAUL DANIEL,**

        **Defendant.**

**Case No. 24-cr-200 (TNM)**

### JOINT MOTION TO CONVERT TRIAL DATE TO A CHANGE OF PLEA HEARING AND TO VACATE PRETRIAL CONFERENCE AND DEADLINES

The United States, through undersigned counsel, and the defendant, David Paul Daniel, by and through his counsel, William R. Terpening, hereby submit this motion to vacate all pending pretrial dates and deadlines and convert the January 6, 2025, trial date to a change-of-plea hearing. In support of this motion, the parties state as follows:

1.      A jury trial is scheduled for this case on January 6, 2025. The Court has set a pretrial conference on December 13, 2024. There are upcoming pretrial submission deadlines set for November 25, 2024, and December 5, 2024.

2.      Daniel is currently detained in both this case and a federal matter pending in the Western District of North Carolina. The defendant is currently held at the Catawba County Detention Center in Newton, North Carolina.

3.      On November 13, 2024, the defendant signed a written plea agreement. Pursuant to that agreement, the defendant is expected enter a guilty plea to Count Two of the Indictment.

4.      In light of this anticipated resolution, the parties are requesting that the previously-scheduled trial date on January 6, 2025, be converted to an in-person change of plea hearing. Setting the plea for January 6, 2025, allows the appropriate 30-day notification period for the US

Marshals to transport the defendant to the District of Columbia and accords with counsels' schedules.

5.    The parties further request that the Court vacate the December 13, 2024 pretrial conference and all applicable deadlines that remain pending, as they are no longer expected to be necessary in light of the defendant's plea.

6.    The parties request that, if the Court does not schedule the change of plea hearing for January 6, 2025, it not schedule the hearing for any date between December 19, 2024 and January 3, 2025, because counsel for Mr. Daniel is attempting to be on leave during that period for a prepaid, long-planned family vacation.

7.    The parties further request that the Court, to the extent possible, have the Marshals return Mr. Daniel to the Catawba County (NC) Detention Center as soon as possible following the change of plea hearing, so that he can prepare with counsel for his trial in the Western District of North Carolina, which currently is set for docket call on March 3, 2025 (having been continued on November 20, 2024 from the previous January 6, 2025 date).

For the reasons above, the parties respectfully request that the Court schedule a change of plea hearing in place of the currently-scheduled trial on January 6, 2025, and vacate both the pretrial conference date and all applicable deadlines that remain pending.

*[Signature blocks on next page]*

Respectfully submitted,

FOR THE DEFENDANT,
DAVID PAUL DANIEL

FOR THE GOVERNMENT:
MATTHEW M. GRAVES
United States Attorney
DC Bar Number 481052

*/s/ William R. Terpening*
WILLIAM R. TERPENING
Counsel for the Defendant

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant U.S. Attorney
DC Bar No. 1601102
nathaniel.whitesel@usdoj.gov
(202) 252-7759

*/s/ Aliya Khalidi*
ALIYA KHALIDI
Assistant United States Attorney
MA Bar Number 682400
601 D Street, NW
Washington, DC 20530
(202) 252-2410
Aliya.khalidi@usdoj.gov
(202) 431-8493