IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:24-cr-00200-TNM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>DAVID PAUL DANIEL,<br><br>        Defendant. | **NOTICE OF DEFENSE POSITION ON GOVERNMENT'S MOTION TO DISMISS** |

Defendant, David Daniel, hereby notifies the court that he has no objection to the Government's Motion to Dismiss (ECF No. 41) in this matter.

Respectfully submitted this 22nd day of January, 2025.

                                                /s/ William R. Terpening
                                                William R. Terpening
                                                N.C. Bar No. 36418
                                                D.D.C. No. NC028

                                                **TERPENING LAW PLLC**
                                                221 W. 11th Street
                                                Charlotte, North Carolina 28202
                                                terpening@terpeninglaw.com
                                                (980) 265-1700

                                                *Counsel for Defendant David Paul Daniel*

2

**CERTIFICATE OF SERVICE**

I certify that I have filed this **NOTICE OF DEFENSE POSITION ON GOVERNMENT'S MOTION TO DISMISS** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: January 22, 2025.

/s/ William R. Terpening  
William R. Terpening